IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD W. GRAY,

    Plaintiff,                                    No. CIV S-09-0560 DAD

    v.

MICHAEL J. ASTRUE,                      ORDER TRANSFERRING CASE
Commissioner of Social Security,

    Defendant.
_____/

        Plaintiff has commenced a civil action seeking judicial review of a final decision of the Commissioner denying his application for benefits. Plaintiff has also filed an application to proceed in forma pauperis. The case has been filed in the Sacramento Division of the United States District Court for the Eastern District of California. However, plaintiff resides in Stanislaus County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of this court in accordance with Local Rule 3-120(d) may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of this court for all further proceedings, including a ruling on plaintiff's application to proceed in forma pauperis.

1

1  Good cause appearing, IT IS ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern District

3  of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned by the Clerk

5  of the Court and shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: February 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/gray0560.transfer

2